# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOHN BARK | : | No. 149 EAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| SOONER STEEL, LLC (WORKERS' | : | |
| COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: SOONER STEEL, LLC | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.